UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP FRANTIN,

    Plaintiffs,

v.

SUNBEAM PRODUCTS, INC., et al.,

    Defendants.

Case No. 17-cv-00894-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 27, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DESIGNATION OF EXPERTS: 11/3/17; REBUTTAL: 11/17/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 26, 2018;
    Opp. Due: February 9, 2018; Reply Due: February 16, 2018;
    and set for hearing no later than March 2, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 10, 2018 at 3:30 PM.

JURY TRIAL DATE: April 23, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Deft. Sky Eagle Holdings Corp. Eagle Electric Shenshen will be dismissed by 6/16/17.
The parties have agreed to participate in private mediation. Counsel shall inform the Court of the name of the mediator and date of the mediation session by the end of June 2017. The mediation session shall occur by the end of September 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/12/17

_____
SUSAN ILLSTON
United States District Judge